# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

CHERRYHILL MANAGEMENT, INC.,
    Plaintiff,

vs.

WOOD HERRON & EVANS, LLP,
    Defendant.

Case No. 1:12-cv-955
Dlott, J.
Litkovitz, M.J.

**ORDER**

This matter is before the Court on the motion of Cherryhill Management, Inc. to consolidate this case with *Libertas Technologies, LLC v. Cherryhill Management, Inc.*, Case No. 1:10-cv-935. (Doc. 15). This matter is also before the Court on the motion of defendant Wood Herron & Evans, LLP, to stay the motion to consolidate. (Doc. 16). Case No. 1:10-cv-935 was dismissed with prejudice by Court Order dated May 6, 2013. (Doc. 132). The motion to consolidate (Doc. 15) and the motion to stay the motion to consolidate (Doc. 16) are therefore **DENIED** as moot.

    **IT IS SO ORDERED.**

Date: 5/14/13

Karen L. Litkovitz
United States Magistrate Judge